# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## **Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## **Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☐ Diversity

    ☐ Federal Question

    ☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer

   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design
   Count II – Failure to Warn
   Count III – Negligence
   Count IV – Negligence Per Se
   Count V – Trespass and Battery
   Count VI – Strict Product Liability
   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
   Count VIII – Concealment, Misrepresentation, and Fraud
   Count IX – Conspiracy
   Count X – Wrongful Death
   Count XI – Loss of Consortium

   Other Causes of Action:
   Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
   Count XIII – _____
   Count XIV – _____
   Count XV – _____
   Count XVI – _____
   Count XVII – _____
   Count XVIII – _____
   Count XIX – _____
   Count XX – _____
   Others
   _____

_____

_____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

                                           Respectfully Submitted,

                                           */s/ Devin Bolton*
                                           Devin Bolton
                                           WEITZ & LUXENBERG, PC
                                           1880 Century Park E, STE 700
                                           Los Angeles, CA 90067
                                           Tel: (212) 558-5552
                                           dbolton@weitzlux.com

                                           *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Anderson, Perry | 8/28/1954 | Arkansas | Eastern District of Arkansas: Jonesboro Division (E.D. Ark.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Anderson, Theresa | | Arkansas | Eastern District of Arkansas: Jonesboro Division (E.D. Ark.) | No | No | No | Loss of Consortium | XI |
| 3. | Avery, Willie | 2/18/1951 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Avery, Janie | | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | No | No | Loss of Consortium | XI |
| 5. | Balili, Delfin | 7/26/1948 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Sia-Balili, Nenita | | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | No | No | Loss of Consortium | XI |
| 7. | Benavidez, Jill | 12/11/1963 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Benavidez, Anthony | | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 9. | Bennett, Bradley | 7/28/1986 | Texas | Eastern District of Texas: Beaumont | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (E.D. Tex.) | | | | | |
| 10. | Bennett, Kaylee | | Texas | Eastern District of Texas: Beaumont Division (E.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 11. | Berrier, Richard | 9/27/1944 | Iowa | Northern District of Iowa: Cedar Rapids Division (N.D. Iowa) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Berrier, Carla | | Iowa | Northern District of Iowa: Cedar Rapids Division (N.D. Iowa) | No | No | No | Loss of Consortium | XI |
| 13. | Brachfield, Ori | 5/25/1967 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Brachfeld, Gena | | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 15. | Brodeur, Edith | 9/17/1958 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Newell, Stephen | | Massachusetts | Massachusetts (D. Mass.) | No | No | No | Loss of Consortium | XI |
| 17. | Calusinski, Paul | 9/25/1957 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Testicular Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Calusinski, Cheryl | | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | No | No | Loss of Consortium | XI |
| 19. | Carswell, Bruce | 11/22/1963 | North Carolina | Western District of North Carolina: Asheville Division (W.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Carswell, Molly | | North Carolina | Western District of North Carolina: Asheville Division (W.D.N.C.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 21. | Castagnetta, Kenneth | 8/11/1956 | Louisiana | Eastern District of Louisiana (E.D. La.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Castagnetta, Corliss | | Louisiana | Eastern District of Louisiana (E.D. La.) | No | No | No | Loss of Consortium | XI |
| 23. | Chase, Lorraine | 9/29/1955 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Chase, Richard | | Massachusetts | Massachusetts (D. Mass.) | No | No | No | Loss of Consortium | XI |
| 25. | Christianson, John | 3/24/1947 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Christianson, Marianne | | Michigan | Western District of Michigan (W.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 27. | Clayton, Josephine | 1/18/1952 | Texas | Western District of Texas: Austin Division (W.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Clayton, Ron | | Texas | Western District of Texas: Austin Division (W.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 29. | D'Andrea, Leonard | 10/17/1957 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | D'Andrea, Donna | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 31. | Davis, Harold | 7/4/1949 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Davis, Gail | | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 33. | Di Giovanni, Phillip | 9/29/1957 | Louisiana | Eastern District of Louisiana (E.D. La.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Giovanni, ConnieDi | | Louisiana | Eastern District of Louisiana (E.D. La.) | No | No | No | Loss of Consortium | XI |
| 35. | Dufon, David | 6/14/1952 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Dufon, Elizabeth | | Michigan | Western District of Michigan (W.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 37. | Dutra, Tiffany | 11/2/1983 | California | Northern District of California: Oakland Division (N.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Dutra, Derek George | | California | Northern District of California: Oakland Division (N.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 39. | Earnest, Zina | 6/18/1963 | Tennessee | Eastern District of Tennessee: Northeastern Division (E.D. Tenn.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Earnest, William | | Tennessee | Eastern District of Tennessee: Northeastern Division (E.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 41. | Elanri, Serge | 3/27/1969 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Laklalech, Loubna | | California | Central District of California: Southern Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 43. | Elliott, Nicolus | 11/5/1986 | Utah | Utah: Northern Division (D. Utah) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Elliot, Lacey | | Utah | Utah: Northern Division (D. Utah) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Erenberg, Helene | 11/16/1946 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Erenberg, Mark | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 47. | Finkbeiner, William | 5/8/1989 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Alieva, Sitora | | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 49. | Foster, Patricia | 10/29/1961 | Oklahoma | Northern District of Oklahoma (N.D. Okla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Foster, Gary | | Oklahoma | Northern District of Oklahoma (N.D. Okla.) | No | No | No | Loss of Consortium | XI |
| 51. | Friend, David | 8/19/1958 | West Virginia | Southern District of West Virginia: Bluefield Division (S.D. W.Va.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Friend, Rhonda | | West Virginia | Southern District of West Virginia: Bluefield Division (S.D. W.Va.) | No | No | No | Loss of Consortium | XI |
| 53. | Gallman, Kenneth | 8/31/1936 | South Carolina | South Carolina: Spartanburg Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Gallman, Ira | | South Carolina | South Carolina: Spartanburg Division (D.S.C.) | No | No | No | Loss of Consortium | XI |
| 55. | Gladfelter, Beverly | 3/24/1941 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Gladfelter, Thomas | | South Carolina | South Carolina: Florence Division (D.S.C.) | No | No | No | Loss of Consortium | XI |
| 57. | Goins, Donald | 2/9/1965 | North Carolina | Middle District of North Carolina: Greensboro | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (M.D.N.C.) | | | | | |
| 58. | Goins, Felicia | | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 59. | Gomez, Patricia | 1/5/1962 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Gomes, Gonzalo | | Michigan | Western District of Michigan (W.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 61. | Greenhill, Stephen | 6/10/1969 | Kentucky | Eastern District of Kentucky: Lexington Division (E.D. Ky.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Greenhill, Jina | | Kentucky | Eastern District of Kentucky: Lexington Division (E.D. Ky.) | No | No | No | Loss of Consortium | XI |
| 63. | Hall, Richard | 4/19/1958 | North Carolina | Western District of North Carolina: Statesville Division (W.D.N.C.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Hall, Deborah | | North Carolina | Western District of North Carolina: Statesville Division (W.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 65. | Harris, Peter | 9/25/1951 | New York | Western District of New York (W.D.N.Y.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Harris, Sue Ann | | New York | Western District of New York (W.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 67. | Hawley, Larry | 4/26/1962 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Wolf, Anita Jo | | Michigan | Western District of Michigan (W.D. Mich.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | Hoffmeyer, Kristin | 4/15/1969 | Minnesota | Minnesota: Minneapolis Division (D. Minn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Hoffmeyer, Mark | | Minnesota | Minnesota: Minneapolis Division (D. Minn.) | No | No | No | Loss of Consortium | XI |
| 71. | Horvith, Wayne | 11/20/1953 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Horvith, Margaret | | Connecticut | Connecticut (D. Conn.) | No | No | No | Loss of Consortium | XI |
| 73. | Hosford, William | 4/16/1966 | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Adams, Mariah | | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 75. | Imbriglio, Cherylyn | 8/23/1966 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Imbriglio, Christopher | | Massachusetts | Massachusetts (D. Mass.) | No | No | No | Loss of Consortium | XI |
| 77. | Isidoro, Andrea | 2/4/1981 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Villa, Salvador | | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 79. | Johnson, Charles | 12/13/1956 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Johnson, Josie | | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 81. | Johnson, Jerome | 12/3/1952 | Alabama | Middle District of Alabama: Northern Division (M.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Johnson, Katherine | | Alabama | Middle District of Alabama: Northern Division (M.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 83. | Koulouris, Ekaterini | 8/16/1980 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Palumbo, Joseph | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 85. | Kunin, Alexey | 7/8/1965 | Nebraska | Nebraska (D. Neb.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Kunin, Olga | | Nebraska | Nebraska (D. Neb.) | No | No | No | Loss of Consortium | XI |
| 87. | Lample Sr., Earl | 11/7/1956 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Lample, Carol | | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 89. | LeBlanc, Erin | 1/17/1958 | Utah | Utah: Northern Division (D. Utah) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | LeBlanc, Timothy | | Utah | Utah: Northern Division (D. Utah) | No | No | No | Loss of Consortium | XI |
| 91. | Legere, Derek | 2/10/1986 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | LeGere, Linda | | New York | Northern District of New York (N.D.N.Y) | No | No | No | Loss of Consortium | XI |
| 93. | Leichliter, James | 9/20/1948 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Leichliter, Dottie | | Ohio | Southern District of Ohio: Eastern | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (S.D. Ohio) | | | | | |
| 95. | Levy, Karen | 10/18/1965 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Slate, Edwin | | New York | Northern District of New York (N.D.N.Y) | No | No | No | Loss of Consortium | XI |
| 97. | Little, Michael | 3/15/1953 | Oklahoma | Western District of Oklahoma: Oklahoma City Division (W.D. Okla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Little, Connie | | Oklahoma | Western District of Oklahoma: Oklahoma City Division (W.D. Okla.) | No | No | No | Loss of Consortium | XI |
| 99. | Mabry, Phyllis | 6/1/1958 | North Carolina | Eastern District of North Carolina: Eastern Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Mabry, Ralph | | North Carolina | Eastern District of North Carolina: Eastern Division (E.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 101. | Martin, Wanda | 1/17/1959 | North Carolina | Western District of North Carolina: Asheville Division (W.D.N.C.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Martin, Jimmy | | North Carolina | Western District of North Carolina: Asheville Division (W.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 103. | Matic, Andrew | 11/12/1946 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Matic, Patricia | | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | No | No | Loss of Consortium | XI |
| 105. | Medina, Andy | 7/7/1994 | Virginia | Eastern District of Virginia: | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Alexandria Division (E.D. Va.) | | | | | |
| 106. | Medina, Gabriela | | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | No | No | Loss of Consortium | XI |
| 107. | Meshey, Bryan | 6/25/1963 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Meshey, Lisa | | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 109. | Michalik, Dennis | 1/22/1946 | Michigan | Eastern District of Michigan: Northern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Michalik, Judy | | Michigan | Eastern District of Michigan: Northern Division (E.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |